| AO 10 Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Stearns, Richard G. | 2. Court or Organization U.S.D.C. Massachusetts | 3. Date of Report 04/21/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address U.S. District Court 1 Courthouse Way Boston, MA 02109 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Massachusetts Prosecutor's Guide |
| 2. Trustee (non-compensated) | Vincent Memorial Hospital (Massachusetts General Hospital - Boston) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Stearns , Richard G.

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G. | 04/21/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Massachusetts Prosecutor's Guide (Book Royalties) | $3,338.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYIPLA-CLE | March 26-27, 2010 | New York, New York | Patent Law Dinner | Travel, meals and lodging |
| 2. | North Atlantic Treaty Org. | June 21-25, 2010 | Ankara, Turkey | Terrorism Conference | Travel, meals and lodging |
| 3. | FREE Seminar | August 9-12, 2010 | Bozeman, MT | Terrorism Lectures | Travel, meals and lodging |
| 4. | North Atlantic Treaty Org. | October 25-29, 2010 | Garmisch, Germany | Terrorism Conference | Travel, meals and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G. | 04/21/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G. | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mn/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TECO Common | B | Dividend | K | T | | | | | |
| 2. Westar Energy Common | B | Dividend | K | T | | | | | |
| 3. First Energy Common | A | Dividend | | | Sold | 12/13/10 | J | C | |
| 4. Bank of America Common | A | Dividend | K | T | | | | | |
| 5. Mass. Prosecutors Guide | A | Dividend | L | T | | | | | |
| 6. Bank of America MMF | A | Interest | J | T | | | | | |
| 7. Bank of America MMF Savings | A | Interest | L | T | | | | | |
| 8. Citizens Bank Keogh 401K | C | Interest | M | T | | | | | |
| 9. State St. Bank 401K | B | Interest | M | T | | | | | |
| 10. Fidelity Growth & Inc. IRA | A | Dividend | M | T | | | | | |
| 11. Fidelity Equity Inc.II IRA | A | Dividend | N | T | | | | | |
| 12. Fidelity Utilities Fund IRA | A | Dividend | K | T | | | | | |
| 13. Bank of America IRA | B | Interest | M | T | | | | | |
| 14. Rhumbline, Inc. (Boston) | | None | J | U | | | | | |
| 15. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 16. Morgan Stanley MMF | A | Dividend | J | T | | | | | |
| 17. Citizen's Bank Check | A | Interest | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   - A =$1,000 or less
   - B =$1,001 - $2,500
   - C =$2,501 - $5,000
   - D =$5,001 - $15,000
   - E =$15,001 - $50,000
   - F =$50,001 - $100,000
   - G =$100,001 - $1,000,000
   - I11 =$1,000,001 - $5,000,000
   - I12 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   - J =$15,000 or less
   - K =$15,001 - $50,000
   - L =$50,001 - $100,000
   - M =$100,001 - $250,000
   - N =$250,001 - $500,000
   - O =$500,001 - $1,000,000
   - P1 =$1,000,001 - $5,000,000
   - P2 =$5,000,001 - $25,000,000
   - P3 =$25,000,001 - $50,000,000
   - P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   - Q =Appraisal
   - R =Cost (Real Estate Only)
   - S =Assessment
   - T =Cash Market
   - U =Book Value
   - V =Other
   - W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G. | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity Government Bond IRA | A | Dividend | J | T | | | | | |
| 19. Sun Micro Common | | None | | | Sold | 01/28/10 | J | A | |
| 20. Bank of America Check | A | Interest | J | T | | | | | |
| 21. Citizens Bank Savings | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stearns, Richard G. | 04/21/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Line 5. The Massachusetts Prosecutor's Guide portfolio is invested in Fidelity Asset Manager (L), Fidelity Equity Income II (K), Fidelity Growth & Income (J), and Fidelity Spartan U.S. Treasury (J), all mutual funds.

VII. Line 8. This Citizens Bank Keogh Account is invested in Certificates of Deposit.

VII. Line 9. This 401K Retirement Plan is invested in State Street Bank stock and money market instruments.

VII. Line 13. This IRA Plan is invested in a Certificate of Deposit.

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G. | 04/21/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard G. Stearns**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544